# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| In re: | Case No. 24-24588 |
|---|---|
| COLTON PAULHUS, | Chapter 7 |
| Debtor. | |
| ------------------------------- | |
| STEVEN SONZA, | Adv. Proc. No. _____ |
| Plaintiff, | |
| v. | PROOF OF SERVICE |
| COLTON PAULHUS, | |
| Defendant. | |

## PROOF OF SERVICE

I, MAJ Steven Sonza (RET), declare:

I am a resident of the State of California, over the age of eighteen years, and not a party to this action.

On May 2, 2025, I served the following documents:

1. Cover Letter to Court Clerk
2. Adversary Proceeding Cover Sheet
3. Complaint to Determine Dischargeability of Debt
4. Memorandum of Points and Authorities in Support of Complaint
5. Declaration of MAJ Steven Sonza (RET)
6. Request for Judicial Notice
7. Proposed Order
8. Exhibits List
9. Exhibits A through I

on the following parties and/or counsel by:

## BY ELECTRONIC MAIL

**Defendant and Counsel:**

- Stephen M. Reynolds, Esq. (Attorney for Defendant Colton Paulhus)
  Email: sreynolds@lr-law.net
  424 2nd St #A, Davis, CA 95616

**Bankruptcy Case Parties:**

- Loris L. Bakken (Chapter 7 Trustee)
  Email: loris@bakkentrustee.com
  2715 W. Kettleman Ln, Ste 203-334, Lodi, CA 95242

- J. Russell Cunningham, Esq. (Attorney for Trustee)
  Email: eangello@dnlc.net
  1830 15th St, Sacramento, CA 95811

- Jason M. Blumberg, Esq. (U.S. Trustee)
  Email: jason.blumberg@usdoj.gov
  501 I St #7-500, Sacramento, CA 95814

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed on May 2, 2025, at Rohnert Park, California.



Signed: _____

MAJ Steven Sonza (RET)