# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

**In re:**

COLTON PAULHUS,

Debtor.

**Case No. 24-24588**

**Chapter 7**

---

**STEVEN SONZA,**

Plaintiff,

**v.**

**COLTON PAULHUS,**

Defendant.

**Adv. Proc. No. _____**

**AMENDMENT TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

---

## AMENDMENT TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

COMES NOW Plaintiff MAJ Steven Sonza (RET), and hereby amends his Complaint to Determine Dischargeability of Debt as follows:

**1. Paragraph 12 is amended to read:**

On or about March 21, 2024, ATH initiated a series of unauthorized ACH transactions from Plaintiff's bank account, withdrawing a total of $221,275.65 for supposed construction services. These transactions were executed without Plaintiff's authorization or consent and were intentionally broken into three separate withdrawals on the same day: $100,000, $100,000, and $21,275.65.

**2. Paragraph 13 is amended to read:**

In addition to the unauthorized ACH withdrawals, ATH fraudulently obtained approximately $94,424.35 via certified check from Envoy Mortgage, which was immediately cashed under false pretenses, specifically misrepresenting it as a "land draw" for construction services that were never performed. Combined with the unauthorized ACH withdrawals of $221,275.65, the total funds obtained by ATH through fraud equals $315,700.

**3. Paragraph 17 is amended to read:**

After obtaining the funds through both unauthorized ACH withdrawals and the fraudulent certified check, ATH performed virtually no actual work for Plaintiff. While ATH attempted to gaslight Plaintiff into believing approximately $50,505 worth of work had been completed, in reality they delivered no materials to Plaintiff, installed no permanent fixtures, and provided no services of value. This pattern of promising work while performing none is well-documented across ATH's hundreds of victims.

**4. Paragraph 43 is amended to read:**

As a direct and proximate result of Defendant's false representations, Plaintiff suffered damages in the amount of $315,700 in direct damages, with no actual services rendered.

**5. The Prayer for Relief, item 1 is amended to read:**

Determine that the debt owed by Defendant to Plaintiff in the amount of $315,700 (comprised of $221,275.65 in unauthorized ACH withdrawals and $94,424.35 in fraudulent certified check proceeds) is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A), (4), and/or (6);

**6. The Prayer for Relief, item 5 is amended to read:**

Acknowledge in the judgment that recovery of this judgment amount is highly unlikely due to Defendant's financial circumstances, including the lack of assets to satisfy the claims of approximately 450 creditors with total claims exceeding $12.8 million, that Plaintiff received no actual value for the $315,700 taken through fraud, and that this judgment may serve as the basis for an application to the California Victims of Corporate Fraud Compensation Fund;

Dated: May 2, 2025

Respectfully submitted,

MAJ Steven Sonza (RET)

7200 Roxanne Ln

Rohnert Park, CA 94928

(707) 479-9978

[steviesonz@gmail.com](mailto:steviesonz@gmail.com)

Pro Se Plaintiff