UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 24-24588 |
| COLTON PAULHUS, | Chapter 7 |
| Debtor. | |
| --- | --- |
| STEVEN SONZA, | Adv. Proc. No. 25-02058 |
| Plaintiff, | |
| v. | NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT AND |
| COLTON PAULHUS, | STATUS CONFERENCE |
| Defendant. | |
| | Date: June 24, 2025 |
| | Time: 9:30 a.m. |
| | Courtroom: Department E |
| | Judge: Hon. Christopher D. Jaime |

NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT
AND STATUS CONFERENCE

TO THE HONORABLE CHRISTOPHER D. JAIME, UNITED STATES BANKRUPTCY JUDGE, THE DEFENDANT, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that a hearing on Plaintiff's Motion for Summary Judgment and a status conference will be held on June 24, 2025, at 9:30 a.m., in Courtroom of Department E of the United States Bankruptcy Court, Eastern District of California, 501 I Street, Sacramento, California 95814, or via video conference as arranged by the court.

The purpose of the hearing is twofold:

1. To consider Plaintiff's Motion for Summary Judgment, requesting that the Court declare the debt owed by Defendant Colton Paulhus to Plaintiff MAJ Steven Sonza (RET) in the amount of $315,700.00 as non-dischargeable under 11 U.S.C. § 523(a)(2)(A), (4), and (6), based on substantial evidence of fraud, embezzlement, and willful injury.
2. To address case scheduling, discovery, and other matters pursuant to Fed. R. Bankr. P. 7016 and Local Rule 7016-1.

Any opposition to the Motion for Summary Judgment must be filed and served no later than June 10, 2025, and any reply must be filed and served no later than June 17, 2025.

Additionally, per Local Rule 7016-1, a status report must be filed no later than June 17, 2025.

Plaintiff's Motion for Summary Judgment is supported by:

1. The Complaint and Amendment (Docs. 1, 15) filed May 2, 2025;
2. The Declaration of MAJ Steven Sonza (RET) (Doc. 8);
3. The Memorandum of Points and Authorities (Doc. 7);
4. All exhibits previously filed with the Court (Docs. 9-12);
5. Public news reporting from NBC Bay Area documenting unauthorized withdrawals from Plaintiff's account and statements from former ATH executives regarding fund diversion (https://www.nbcbayarea.com/news/local/disabled-vet-says-adu-builder-raided-his-savings-account-for-220k/3627052/);
6. The California Contractors State License Board's findings that Defendant Paulhus "had knowledge of or participated in the prohibited act(s) or omission(s)" that warranted disciplinary action (Exhibit I).

Plaintiff, MAJ Steven Sonza (RET), is a 100% service-connected disabled veteran with documented PTSD, Major Depressive Disorder, and Agoraphobia with Panic Disorder, and requests to participate in the hearing remotely pursuant to the Americans with Disabilities Act accommodations.

Dated: May 7, 2025

Respectfully submitted,

SIGNED

---

MAJ Steven Sonza (RET)
7200 Roxanne Ln
Rohnert Park, CA 94928
(707) 479-9978
steviesonz@gmail.com
Pro Se Plaintiff