# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re:
COLTON SCOTT PAULHUS,
Debtor(s).

**Case No. 24-24588-B-7**

---

**STEVEN SONZA,**
Plaintiff(s),

v.

**COLTON PAULHUS,**
Defendant(s).

**Adversary Proceeding No. 25-02058-B**

---

# MOTION TO APOLOGIZE FOR MISUNDERSTANDING OF FEE STRUCTURE AND REQUEST TO VACATE JUNE 10, 2025 HEARING

**TO THE HONORABLE CHRISTOPHER D. JAIME, THE DEBTOR, THE TRUSTEE, AND ALL PARTIES IN INTEREST:**

I, MAJ Steven Sonza, plaintiff in the above-captioned adversary proceeding, respectfully submit this motion to sincerely apologize to the Court and to the Honorable Judge Christopher D. Jaime for my misunderstanding of the fee structure, which led to the delay in payment of the $350.00 filing fee, as addressed in the Court's Order to Show Cause re Dismissal of Contested Matter or Imposition of Sanctions, dated May 20, 2025, and set for hearing on June 10, 2025, at 11:00 a.m. (Exhibit B).

I deeply respect the Court and Judge Jaime, and I am profoundly sorry for my error. I acknowledge that the Court operates with specific rules and procedures that must be followed, and I failed to meet those standards. My failure to timely pay the filing fee stemmed from a genuine misunderstanding of the fee structure, compounded by cognitive challenges related to my service-connected disabilities as a 100% disabled veteran. These challenges, including memory impairment and difficulty with complex processes, sometimes hinder my ability to fully comply with procedural requirements, despite my best intentions.

Upon learning of my error through the Court's order, I took immediate steps to rectify the situation. I submitted the $350.00 filing fee via certified check, payable to "Clerk, U.S. Bankruptcy Court," on May 22, 2025, as evidenced by the check receipt (Exhibit A). I deeply regret any inconvenience or disruption this

has caused to the Court's schedule and operations, and I offer my most sincere apologies for my oversight.

I respectfully request that the Court:

1. Accept my sincere apology for this procedural error;
2. Accept my late payment of the filing fee;
3. Allow this adversary proceeding to continue and be decided on its merits;
4. **VACATE THE JUNE 10, 2025 HEARING** as the matter has been fully resolved through payment of the fee and this sincere apology;
5. Consider my service-connected disabilities when evaluating this motion.

Given that I have already remedied the issue by paying the filing fee and submitting this apology, I respectfully request that the Court find the June 10th hearing unnecessary. As a 100% disabled veteran with severe PTSD, court appearances cause me significant emotional and psychological distress. I have demonstrated good faith by immediately paying upon notice and filing this motion. Requiring my appearance when the matter has been resolved would cause undue hardship without serving any additional purpose.

**This request for accommodation is made pursuant to the Americans with Disabilities Act**, which requires courts to provide reasonable accommodations for individuals with disabilities. Vacating an unnecessary hearing where the underlying issue has been fully resolved is a reasonable accommodation that would allow me to participate in the judicial process without suffering the severe emotional distress that court appearances cause due to my service-connected PTSD.

I am fully committed to complying with all court requirements moving forward and have taken steps to better manage my legal obligations despite my challenges. As a disabled veteran with documented PTSD, appearing in court causes me significant emotional distress. However, I respect the Court's authority and will make every effort to meet all requirements.

I want to emphasize my respect for this Court and for Judge Jaime. I understand that the Court's time is valuable and that procedural rules exist for important reasons. My failure to timely pay the fee was never intended as disrespect to the Court or its processes. I am sorry for any disruption this has caused and commit to being more diligent in the future. I ask for the Court's understanding in this matter.

**Your Honor, I sincerely apologize.** I know I have inconvenienced the Court, and that weighs heavily on me. As someone who served my country and values honor and respect, I am embarrassed by my error. I give you my word as a veteran that this will not happen again.

I certify that this document is signed digitally in accordance with the Court's electronic filing rules.

**Date:** May 30, 2025

**Respectfully submitted,**

**DIGITALLY SIGNED**

MAJ Steven Sonza

7200 Roxanne Lane

Rohnert Park, CA 94928

steviesonz@gmail.com

Pro Se Plaintiff

**Exhibit A:** Proof of Payment (Certified Check Receipt)

**Exhibit B:** Court's Order to Show Cause dated May 20, 2025

**Redwood Credit Union**

Account XXXXXX1084 SONZA, STEVEN P     Effect: 05/22/25 Post: 05/22/25 Tlr: 0131

------------------------------------------------
(See receipt for reference) check #13744947  check $350.00
------------------------------------------------

Purpose of check: SHARE WITHDRAWAL

Document Number: 13744947

---

**Redwood Credit Union**

CORPORATE OFFICE
3033 Cleveland Avenue, Suite 100
P.O. Box 6104
Santa Rosa, CA 95406-6104
(707) 545-4000  (800) 479-7928

Issued By: MONEYGRAM PAYMENT SYSTEMS, INC.
P.O. Box 9476, Minneapolis, MN 55480
Drawee: BOKF, NA, Eufaula, OK

**OFFICIAL CHECK**
13744947
49-55/1031

DATE: 05/22/25     CHECK AMOUNT: $350.00
VOID AFTER 180 DAYS

PAY  ** THREE HUNDRED FIFTY DOLLARS AND 00 CENTS **

TO THE ORDER OF: CLERK US BANKRUPTCY COURT
RE: 25-02058-B-O

DRAWER: REDWOOD CREDIT UNION

SUPERVISOR SIGNATURE IF $50,000 OR OVER

Authorized Signature

⑈13744947⑈ ⑆103100551⑆ 010600100683117⑈



FORM L124ap Order to Show Cause Re Dismissal of Contested Matter or Imposition of Sanctions (v.8.14)    USBC,EDCA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814
(916) 930-4400
M-F 9:00 AM - 4:00 PM
www.caeb.uscourts.gov



## ORDER TO SHOW CAUSE RE DISMISSAL OF CONTESTED MATTER OR IMPOSITION OF SANCTIONS

| In re<br><br>Colton Scott Paulhus<br><br>                             Debtor(s). | Bankruptcy Case No.<br><br>24-24588 - B - 7 |
|---|---|
| Steven Sonza<br><br>                             Plaintiff(s),<br><br>v.<br><br>Colton Scott Paulhus<br><br>                            Defendant(s). | Adversary Proceeding No.<br><br>25-02058 - B |

The court docket in the above-captioned proceeding indicate that on 5/2/25 a document was filed that required a payment of $350.00. The document number and docket text for this fee document is set forth below.

[1] – (62 (Dischargeability – 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability – 523(a)(4), fraud as fiduciary, embezzlement, larceny)),(68 (Dischargeability – 523(a)(6), willful and malicious injury)) : Complaint by Steven Sonza against Colton Scott Paulhus. (Fee Not Paid $350.00) (mgrs)

Shortly thereafter, the court generated and served on the filing party a *Notice of Payment Due*. Payment has still not been made as prescribed by 28 U.S.C. § 1930(b).

**THEREFORE, IT IS ORDERED** that Steven Sonza and, if represented, their counsel appear before the Court and show cause why the above-referenced pleading should not be stricken, sanctions imposed on the party filer and/or their counsel, or other appropriate relief ordered for such failure to comply with the provisions of 28 U.S.C. Sec. 1930(b).

APPEARANCE AT THIS HEARING MAY BE NECESSARY. IF YOU HAVE PAID THIS FILING FEE BEFORE THE HEARING DATE, CHECK THE COURT'S PRE-HEARING DISPOSITIONS PAGE ON THE WEBSITE, AS THE MATTER MAY BE REMOVED FROM THE COURT'S CALENDAR.

**DATE & TIME:**    6/10/25 at 11:00 AM

**PLACE:**    U.S. Bankruptcy Court
Courtroom 32, 6th Floor, Robert T Matsui United States Courthouse, 501 I Street, Sacramento, CA

Dated:
5/20/25

For the Court,
Scott Yach , Clerk

034653                          64108034687012

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

**In re:**
COLTON SCOTT PAULHUS,
Debtor(s).

**Case No. 24-24588-B-7**

---

**STEVEN SONZA,**
Plaintiff(s),

**v.**

**COLTON PAULHUS,**
Defendant(s).

**Adversary Proceeding No. 25-02058-B**

---

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Apologize for Misunderstanding of Fee Structure and Request to Vacate June 10, 2025 Hearing was served on the following parties:

**BY FIRST-CLASS MAIL:**

Colton Paulhus
PO Box 15017
Tumwater, WA 98511

**BY ELECTRONIC MAIL:**

Stephen M. Reynolds, Esq. (Attorney for Defendant)
Email: sreynolds@lr-law.net

Loris L. Bakken (Chapter 7 Trustee)
Email: loris@bakkentrustee.com

J. Russell Cunningham, Esq. (Attorney for Trustee)
Email: jcunningham@dnlc.net

Jason M. Blumberg, Esq. (U.S. Trustee)
Email: jason.blumberg@usdoj.gov

**Date:** May 30, 2025

**DIGITALLY SIGNED**

MAJ Steven Sonza

7200 Roxanne Lane

Rohnert Park, CA 94928

steviesonz@gmail.com

Pro Se Plaintiff