**3**
Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive, Suite 127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Defendant
Colton Paulhus

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF | CASE NO. 24-24588-B-7 |
| COLTON PAULHUS | ADV. NO. 25-02058 |
| _____Debtor._____/ | DCN NO: CAE-1 |
| STEVEN SONZA | |
|     Plaintiff, | **ANSWER TO COMPLAINT** |
| v. | |
| COLTON PAULHUS | |
| _____Defendant._____/ | |

**STRICKEN**

    COMES NOW DEFENDANT, Colton Paulhus ("Defendant"), Defendant in the instant adversary proceeding, by and through his attorney of record, Peter G. Macaluso, and does hereby Answer the Complaint to Determine: (First Claim for Relief) 11 U.S.C. §523(a)(2(A); (Second Claim for Relief) 11 U.S.C.§523(a)(4); and 11 U.S.C. §523(a)(6);("Complaint") filed within the instant adversary proceeding on or about January 21, 2025 by Plaintiff, Steven Sonza("Plaintiff").

//

1

**ANSWER TO COMPLAINT**

Defendant answers the Complaint as follows:

**I.   GENERAL DENIAL**

Defendant hereby denies, both generally and specifically, each and every allegation in the Complaint, and specifically denies any allegation that Plaintiff has been, is, or will be damaged in the amount alleged, or any manner or sum whatsoever, or is entitled to any recovery or remedy of any type whatsoever, be reason or any act, conduct, or omission of Defendant.

**II.   PARTIES**

1. Defendant does ADMIT that Plaintiff, Steven Souza ("Plaintiff") is an individual who at all times herein alleged has resided within the County of Sacramento, California.

2. Defendant does ADMIT that the Defendant is the Debtor, Colton Paulhus ("Defendant") who has at all times herein alleged resided in the County of Sacramento, California and that Defendant filed a Petition #24-24588.

**III. JURISDICTION AND VENUE**

3. Defendant does ADMITS that the proceeding is brought pursuant to 11 U.S.C. 523(a)(2), 11 U.S.C. 523(a)(4) and 11 U.S.C. 523 (a)(6).

4. Defendant does ADMIT the proceeding arises out of the underling bankruptcy case, and that the Court has jurisdiction, and that this is as Core Proceeding.

5. Defendant does ADMIT the venue is proper as alleged in #1 through #8, excluding Second sentence of #5.

IV.    **FACTUAL RECITATION – GENERAL ALLEGATIONS**

     6.    Defendant Denies the allegations in Paragraph Numbers #5, #12 through #20, #22 through #70.

     7.    Defendant Admits the allegations in Paragraph Numbers #6 through #11, #21.

V.    **SEPARATE AFFIRMATIVE DEFENSES**

     8.    Without waiving or excusing the burden of proof of Complainant, or admitting Defendant has any burden of proof, Defendant hereby asserts the following Affirmative Defense:

<u>**FIRST AFFIRMATIVE DEFENSE**</u>

**(Additional Defenses Reserved)**

     9.    As a first, separate, and distinct affirmative defense to each and every alleged cause of action asserted against it, Defendant presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional, and as yet unstated, separate defendants available; whereby Defendant reserves the right to assert additional separate defenses in the event that discovery indicates that they would be appropriate.

     WHEREFORE, Defendant prays for denial of entry of judgment from this Court as to 11 U.S.C. §523(a)(2), and/or 523(a)(6), for attorney fees in defense of this proceeding, and for such other and further relief as the Court deems just and proper.

Date: July 2, 2024                      /s/ Peter G. Macaluso
                                     Peter G. Macaluso, Attorney at Law