**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>COLTON SCOTT PAULHUS,<br><br>              Debtor(s).<br>_____<br>STEVEN SONZA,<br><br>              Plaintiff(s),<br>v.<br><br>COLTON PAULHUS,<br><br>              Defendant(s).<br>_____ | Case No. 24-24588-B-7<br><br>Adversary No. 25-2058 |

**ORDER STRIKING ANSWER TO COMPLAINT**

    On its own motion, the Answer to Complaint filed by defendant Colton Paulhus on July 11, 2025, is STRICKEN for the following reasons: (1) the answer is filed by an attorney who is not an attorney of record; and (2) defendant must first obtain relief from the default judgment entered on June 20, 2025, before filing an answer.

    **SO ORDERED.**

**Dated:** July 11, 2025

                                              _____
                                              Christopher D. Jaime, Judge
                                              United States Bankruptcy Court

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Peter G. Macaluso
The Law Office of Peter Macaluso
7230 S Land Park Dr
Suite 127
Sacramento, CA 95831-3658

Steven Sonza
7200 Roxanne Ln
Rohnert Park CA 94928