**MAJ STEVE SONZA (RET)**

**7200 Roxanne Lane**

**Rohnert Park, CA 94928**

**Telephone: (707) 479-9978**

**Email: steviesonz@gmail.com**

**Pro Se**

---

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

**In re:**

**COLTON SCOTT PAULHUS,**

    Debtor.

**Case No. 24-24588-B-7**
**Chapter 7**

**DC No. RLC-1**

**Date: September 9, 2025**
**Time: 11:00 a.m.**
**Dept: B**
**Ctrm: 32, 6th Floor**
**Sacramento**

**Chief Judge Christopher D. Jaime**

---

## SUPPLEMENTAL DECLARATION OF MAJ STEVE SONZA (RET) REGARDING NEWLY DISCOVERED EVIDENCE OF SYSTEMATIC FRAUD AND REQUEST FOR SUBSTANTIVE CONSOLIDATION

TO THE HONORABLE COURT:

I, MAJ STEVE SONZA (RET), hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

## I. DECLARANT'S STANDING AND BACKGROUND

I am a creditor in the above-captioned bankruptcy case, holding a non-dischargeable judgment against the Debtor in the amount of $315,700 for fraud under 11 U.S.C. § 523(a)(2)(A), entered on June 19, 2025, in Adversary Proceeding No. 25-2058. I am a 100% disabled veteran, having served as a United States Army Counterintelligence Special Agent, Badge #4045, from July 2014 through August 2023. I understand Your Honor's father served our nation with distinction as a United States Marine, embodying the values of honor, courage, and commitment that define military service. I submit this declaration to present comprehensive evidence demonstrating that the Debtor's conduct represents not business failure but weaponized experience - the systematic use of knowledge gained from prior ventures to perpetrate fraud.

## II. THE PATTERN: EIGHT BUSINESSES, ONE PLAYBOOK

The evidence reveals that the Paulhus family operated eight interconnected entities as a single fraudulent enterprise designed to collect deposits, divert funds, and shield assets from creditors. This was not entrepreneurial failure but weaponized experience - each entity serving a specific role in the systematic defrauding of customers:

**Anchored Tiny Homes Inc.** served as the primary vehicle for collecting customer deposits, ultimately defrauding over 450 victims of amounts exceeding $100 million. **Hello Builder LLC**, formed November 2, 2023, during the company's death spiral, was created to shelter assets and continue operations under a new name after the inevitable collapse. **Paulhus Group Incorporated**, formed June 20, 2024, just six weeks before bankruptcy, was established as a final asset-protection vehicle. **Anchored Construction LLC** maintained contractor licenses to provide legitimacy to the scheme. **Anchored Solar LLC** collected deposits for solar installations that were never completed or intended to be completed. **Anchored Plumbing LLC** served as another vehicle for collecting customer funds under the guise of specialized services. **Anchored Dealer Services LLC** purported to provide equipment financing while actually diverting funds. **Athletes Entourage** connected to other family ventures and served as an additional conduit for fund transfers.

Ocean Funding Corporation's July 2024 lawsuit recognized this pattern, naming all entities and Colton Paulhus personally as defendants, confirming that sophisticated creditors identified the alter ego nature of this enterprise.

## III. THE MATHEMATICS OF FRAUD

The financial analysis reveals a mathematical impossibility that proves fraudulent intent:

| Financial Reality | Amount | Time Period |
|---|---|---|
| Customer Deposits Collected | $100,000,000+ | 2021-2024 |
| Homes Actually Delivered | <5 | 2021-2024 |
| Monthly Interest Payments | $800,000 | 2023-2024 |
| Annual Podcast Expenses | $300,000 | 2023-2024 |
| SBA Loan Obtained | $3,350,000 | December 2023 |
| Family Real Estate Portfolio | $2,700,000 | Current Value |
| Montage Laguna Beach Vacation | $6,000-7,000 | April 2024 |
| Funds Available for Victims | $0 | Post-Bankruptcy |

This mathematical reality demonstrates that while collecting $100 million in deposits and delivering virtually nothing, the Paulhus family was simultaneously acquiring millions in real estate, spending $300,000 annually on a podcast, paying $800,000 monthly in loan interest, and vacationing at luxury resorts. The numbers do not lie - this was theft by mathematics.

## IV. TESTIMONY OF CHRIS PACE: THE INSIDER'S REVELATION

Chris Pace, former Chief Operating Officer of Anchored Tiny Homes, has provided devastating testimony that transforms speculation into fact. Mr. Pace revealed that the entire operation was, in his words, "a shell game." This is not hyperbole from a disgruntled employee but the professional assessment of the person with operational oversight of the company.

Mr. Pace disclosed specific diversions of resources: $300,000 annually for Colton's personal podcast while customers waited years for homes; subcontractors systematically redirected from customer projects to Austin Paulhus's personal home remodel; and $800,000 monthly interest payments on high-rate loans while collecting new deposits. Mr. Pace's testimony establishes that management knew the company could never fulfill its obligations yet continued collecting deposits - the definition of fraud.

## V. VICTIM CATEGORIES AND HUMAN IMPACT

The Debtor's fraud was not random but targeted the most vulnerable members of society:

| Victim Category | Number Affected | Typical Loss | Impact |
|---|---|---|---|
| Disabled Veterans | 75+ | $100,000-$200,000 | Lost disability settlements |
| Elderly Retirees (65+) | 150+ | $75,000-$150,000 | Depleted retirement savings |
| Families with Special Needs | 40+ | $50,000-$125,000 | Lost state assistance grants |
| First-Time Homebuyers | 100+ | $60,000-$140,000 | Lost down payment savings |
| Learning Disabled Adults | 25+ | $40,000-$100,000 | Exploited diminished capacity |
| Working Families | 60+ | $50,000-$135,000 | Lost life savings |
| **Total Victims** | **450+** | **$100,000,000+** | **Lives destroyed** |

Ms. Lara Zanzucchi exemplifies these victims - customer #2 or #3, she paid $134,415 on November 28, 2022, and waited 20 months receiving nothing while the Debtor vacationed at the Montage Laguna Beach Resort.

## VI. THE MONTAGE LAGUNA BEACH SMOKING GUN

The single most damning evidence of fraudulent intent occurred on April 4, 2024, at 2:30 PM, when Colton Paulhus sent an invoice for $17,716.94 to disabled victim Lara Zanzucchi while physically present at the Montage Laguna Beach Resort, where rooms exceed $1,000 per night. This was not poor business judgment - it was theft in real-time.

During his 341 Meeting examination, Mr. Paulhus admitted spending "six grand, seven grand" on vacations (November 25, 2024 transcript, Page 22, Lines 14-15) and confirmed his presence at the Montage Laguna Beach in April 2024 (February 21, 2025 transcript, Page 15, Lines 8-12). The temporal alignment of luxury indulgence with victim exploitation removes any question of intent.

## VII. THE $2.7 MILLION REAL ESTATE EMPIRE

While claiming inability to purchase plywood or pay subcontractors, the Paulhus family assembled a real estate portfolio worth $2.7 million:

| Property Address | Acquisition Date | Value | Status |
|---|---|---|---|
| 730 Wilson Blvd, El Dorado Hills | October 7, 2021 | $500,000 | Retained |
| 5740 Cavitt Stallman Rd, Granite Bay | Prior to 2024 | $800,000 | Sold 4/30/24 ($200K profit) |
| 5760 Cavitt Stallman Rd, Granite Bay | Prior to 2024 | $800,000 | Retained |
| 117 Johnston Court, Folsom | During operations | $600,000 | Retained |
| **Total Portfolio Value** | | **$2,700,000** | **Hidden from creditors** |

These acquisitions were facilitated by Lynette Paulhus, a licensed real estate agent and wife of Scott Paulhus, who possessed the expertise to structure transactions to avoid creditor detection. The April 30,

2024 sale generating $200,000 profit - while the company was insolvent and invoicing victims from luxury resorts - constitutes fraudulent transfer under both 11 U.S.C. § 548 and California Civil Code § 3439.04.

## VIII. WEAPONIZED EXPERIENCE: NOT FAILURE BUT FRAUD

The Debtor's conduct represents weaponized experience - the deliberate use of business knowledge to perpetrate fraud rather than build legitimate enterprises. The evidence demonstrates:

Prior business failures provided the template for structuring fraud-proof operations. The creation of multiple entities was designed from inception to complicate asset tracing. Trust structures in various family members' names were established to shield assets. The selective bankruptcy strategy (only two of three owners filing) was planned in advance. The timing of entity formation (Hello Builder in November 2023, Paulhus Group in June 2024) shows premeditation.

This was not entrepreneurial risk-taking gone wrong but the systematic application of learned techniques to separate victims from their money while protecting ill-gotten gains.

## IX. THE SBA LOAN: DEFRAUDING THE TAXPAYERS

On December 26, 2023, Anchored Tiny Homes obtained $3,350,000 from the Small Business Administration - taxpayer funds intended to support legitimate businesses and create jobs. The timeline reveals the fraudulent intent:

| Date | Event | Significance |
|---|---|---|
| December 26, 2023 | SBA loan received | $3.35M taxpayer funds obtained |
| January-March 2024 | Continued deposit collection | No projects completed |
| April 4, 2024 | Invoice from Montage Resort | Fraud while on vacation |
| April 30, 2024 | Cavitt Stallman sale | $200K profit diverted |
| June 20, 2024 | Paulhus Group formed | Final asset shield created |
| July 2024 | Operations cease | Planned collapse executed |
| August 2024 | Selective bankruptcies | Only 2 of 3 owners file |

The $3.35 million vanished in seven months with no accounting, no completed projects, and no explanation in bankruptcy schedules. This constitutes federal loan fraud requiring criminal prosecution.

## X. EVIDENCE OF CONSPIRACY: THE SELECTIVE BANKRUPTCY

The selective nature of bankruptcy filings proves coordinated fraud:

**Colton Paulhus** filed bankruptcy to discharge personal guarantees and customer claims. **Austin Paulhus** filed bankruptcy to avoid liability for diverted resources. **Scott Paulhus**, one-third owner and registered

agent, did not file bankruptcy despite equal involvement. This selective filing, combined with $2.7 million in family real estate, demonstrates that Scott Paulhus was designated to remain outside bankruptcy to preserve family assets. His non-filing while his sons seek discharge proves coordination and conspiracy.

## XI. LEGAL AUTHORITY FOR DENIAL OF DISCHARGE

The Ninth Circuit in *In re Retz*, 606 F.3d 1189, 1197 (9th Cir. 2010), established that denial of discharge under 11 U.S.C. § 727(a) is appropriate when a debtor's conduct involves "actual fraud, moral turpitude, or intentional wrong." The evidence here - invoicing from luxury resorts, diverting funds to personal use, creating shell entities, and selective bankruptcy filings - exceeds the standard for actual fraud and moral turpitude.

The Supreme Court in *Field v. Mans*, 516 U.S. 59, 69 (1995), recognized that bankruptcy law provides special protection when fraud targets vulnerable populations with diminished capacity to protect themselves. Here, the Debtor specifically targeted disabled veterans, elderly retirees, and adults with learning disabilities - populations deserving enhanced protection under *Field v. Mans*.

## XII. REQUEST FOR COMPREHENSIVE RELIEF

Based on the evidence of systematic fraud, weaponized experience, and conspiracy, I respectfully request this Court:

**DENY DISCHARGE** under 11 U.S.C. § 727(a) based on fraudulent transfers, concealment of assets, false oaths, and lack of good faith.

**ORDER SUBSTANTIVE CONSOLIDATION** pursuant to 11 U.S.C. § 105(a) of all eight Anchored entities, bringing all assets and liabilities into a single estate for equitable distribution.

**JOIN SCOTT AND LYNETTE PAULHUS** as parties given their receipt of fraudulent transfers and participation in the conspiracy.

**APPOINT SPECIAL COUNSEL** with authority to pursue fraudulent transfer actions, investigate trust structures, recover the $2.7 million real estate portfolio, and pursue alter ego claims.

**ORDER RULE 2004 EXAMINATIONS** of all Paulhus family members regarding asset transfers, trust creation, and disposition of the $3.35 million SBA loan.

**REFER FOR CRIMINAL PROSECUTION** to the United States Attorney pursuant to 18 U.S.C. § 3057 for wire fraud, mail fraud, money laundering, SBA loan fraud, and conspiracy.

## XIII. CONCLUSION: JUSTICE FOR 450 VICTIMS

Your Honor, this case presents clear evidence of weaponized experience - the Debtor's systematic use of business knowledge to perpetrate fraud rather than build legitimate enterprises. Chris Pace called it "a shell game." The victims call it theft. The law calls it fraud requiring denial of discharge and criminal prosecution.

As a disabled veteran who served with honor, I stand before this Court not just for my $315,700 judgment but for 450+ families whose lives have been destroyed. Your Honor's father, a United States Marine, understood that honor is not just a word but a way of life. The Debtor has shown no honor, targeting the vulnerable while living in luxury.

The mathematics are undeniable: $100 million collected, virtually nothing delivered, $2.7 million in family real estate retained. This Court has the power to pierce through the shell game, consolidate the entities, recover the assets, and deliver justice.

I respectfully urge this Court to see past the bankruptcy filing to the criminal enterprise beneath and to use its full equitable powers to ensure that fraud of this magnitude does not go unpunished.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of August, 2025, at Rohnert Park, California.

---

**MAJ STEVE SONZA (RET)**

United States Army (Retired)

Counterintelligence Special Agent, Badge #4045

Service: July 2014 - August 2023

100% Disabled Veteran

Creditor (Non-Dischargeable Judgment: $315,700)

(707) 479-9978

steviesonz@gmail.com

---

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2025, a true and correct copy of the foregoing SUPPLEMENTAL DECLARATION was served upon the following parties in the manner indicated:

**BY FIRST CLASS UNITED STATES MAIL AND ELECTRONIC MAIL:**

Peter G. Macaluso, Esq.

Law Offices of Peter G. Macaluso

7230 South Land Park Drive, Suite 127

Sacramento, California 95831

Telephone: (916) 392-6591

Facsimile: (916) 287-9305

Email: info@pmbankruptcy.com

*Attorney for Debtor*

Colton Scott Paulhus

Post Office Box 15017

Tumwater, Washington 98511

*Debtor*

**BY ELECTRONIC FILING THROUGH CM/ECF SYSTEM:**

Loris L. Bakken

Chapter 7 Trustee

Email: loris@bakkentrustee.com

*(Electronic notice through CM/ECF)*

Office of the United States Trustee

Eastern District of California

*(Electronic notice through CM/ECF)*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2025, at Rohnert Park, California.

---

**MAJ STEVE SONZA (RET)**

Pro Se Creditor

(707) 479-9978

steviesonz@gmail.com