**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 24-24588-B-7 |
| COLTON PAULHUS, | Adversary No. 25-2058 |
| Debtor(s). | |
| STEVEN SONZA, | |
| Plaintiff(s), | |
| v. | |
| COLTON PAULHUS, | |
| Defendant(s). | |

**ORDER DENYING IMPROPER AND DEFECTIVE REQUEST FOR SUBSTANTIVE RELIEF**

On August 18, 2025, plaintiff Steven Sonza filed a declaration that includes an inappropriate request for substantive relief. The declaration is not related to anything pending before the court. It is not a properly filed, set, and served motion. And it requests relief plaintiff lacks standing to request.

Judgment in this adversary proceeding has been entered in plaintiff's favor which means litigation in this adversary proceeding is complete. Plaintiff is entitled to no more relief on his own behalf and he is by no means entitled to request relief on behalf of anyone else. All relief requested in the declaration is therefore **DENIED IN ITS ENTIRETY.**

The court is fully aware that plaintiff is entitled to some accommodation and deference as a disabled veteran and a pro se plaintiff.  That said, the court has been more than lenient with plaintiff.  The court will, however, no longer tolerate procedurally and substantively defective filings and requests for relief from plaintiff.  Going forward, the court will hold plaintiff to the standard of Fed. R. Bankr. P. 9011.

**IT IS SO ORDERED.**

Dated: August 21, 2025

Christopher D. Jaime, Judge
United States Bankruptcy Court

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Steven Sonza
7200 Roxanne Ln
Rohnert Park CA 94928

Peter G. Macaluso
The Law Office of Peter Macaluso
7230 S Land Park Dr
Suite 127
Sacramento CA 95831-3658