# CERTIFICATE OF SERVICE

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re:

**COLTON S. PAULHUS,**

Debtor.

---

**STEVEN SONZA,**

Plaintiff,

v.

**COLTON S. PAULHUS,**

Defendant.

**Case No. 24-24588-B-7**
**Adversary No. 25-2058**

---

## CERTIFICATE OF SERVICE BY MAIL

I, Steven Sonza, hereby certify that I am over the age of eighteen years and not a party to the within action other than as the plaintiff; my address is 7200 Roxanne Ln, Rohnert Park, California 94928.

On **September 4, 2025**, I served the following documents:

1. **Reissued Summons and Notice of Status Conference in an Adversary Proceeding** (Doc. 87, issued September 4, 2025)
2. **Complaint to Determine Dischargeability of Debt** (Doc. 1, filed May 2, 2025)
3. **Amendment to Complaint to Determine Dischargeability of Debt** (Doc. 14, filed May 2, 2025)

on the following parties by placing true and correct copies thereof in sealed envelopes with postage thereon fully prepaid in the amount of $1.56 per envelope, and by depositing said envelopes in the United States Mail at Rohnert Park, California, by **FIRST-CLASS MAIL** as authorized by the Court's Order dated September 3, 2025 (Doc. 86):

**TO DEFENDANT:**

**Colton S. Paulhus**

PO Box 15017

Tumwater, WA 98511

---

**TO DEFENDANT'S ATTORNEY:**

**Peter G. Macaluso**

The Law Office of Peter Macaluso

7230 S Land Park Dr, Suite 127

Sacramento, CA 95831-3658

---

Service was completed upon mailing pursuant to Fed. R. Bankr. P. 7004(e) and 9006(e).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **September 4, 2025**, at Rohnert Park, California.

**Digitally signed**

**Steven Sonza**

Plaintiff, Pro Se

7200 Roxanne Ln

Rohnert Park, CA 94928

Phone: (707) 479-9978

---

## PROOF OF MAILING

[X] Photograph of addressed and stamped envelopes attached as Exhibit A

