

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:                                Case No. 24-24588-B-7

COLTON S. PAULHUS,                    Adversary No. 25-2058

                                      DC No. PGM-1
        Debtor(s).

STEVEN SONZA,

        Plaintiff(s),

v.

COLTON S. PAULHUS,

        Defendant(s).

**ORDER VACATING ORDER TO SHOW CAUSE**

Defendant's attorney having satisfactorily responded to this court's order to show cause entered September 3, 2025,

IT IS ORDERED that the order to show cause is VACATED, and the hearing scheduled for December 9, 2025, is REMOVED from calendar. The status conference scheduled for December 9, 2025, at 11:00 a.m. remains on calendar.

Dated: September 23, 2025.

_____
UNITED STATES BANKRUPTCY JUDGE

|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   | **INSTRUCTIONS TO CLERK OF COURT**                                                   |
|     | **SERVICE LIST**                                                                     |
| 2   |                                                                                      |
| 3   | The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties: |
| 4   | Peter G. Macaluso                                                                    |
|     | The Law Office of Peter Macaluso                                                     |
| 5   | 7230 S Land Park Dr                                                                  |
|     | Suite 127                                                                            |
| 6   | Sacramento CA 95831-3658                                                             |
| 7   | Colton Scott Paulhus                                                                 |
|     | PO Box 15017                                                                         |
| 8   | Tumwater WA 98511                                                                    |