**5**
Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Defendant
Colton S. Paulhus

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF | CASE NO. 24-24588-B-7 |
| COLTON S. PAULHUS | ADV. NO. 25-02058 |
| <u>                Debtor.        </u>/ | **DEFENDANT'S PRETRIAL STATEMENT** |
| LARA ZANZUCCHI | |
| Plaintiff | |
| v. | |
| COLTON S. PAULHUS | |
| <u>                Defendant       </u>/ | |

COMES NOW DEFENDANT, Colton S. Paulhus ("Defendant"), Defendant in the instant adversary proceeding, by and through his attorney of record, Peter G. Macaluso, and does hereby presents this Pre-Trial Statements as follows:

**(1) <u>Jurisdiction - Venue</u>**

1. This adversary proceeding is brought in connection with Defendant's underlying bankruptcy case under Chapter 7 of

-1-

title 11, case number #24-24588-B-7.
2. This Adversary proceeding constitutes a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2)(I)(K).
3. Venue is proper pursuant to 28 U.S.C. § 1409.

**(2) <u>Undisputed Factual Issues</u>**

1. Colton S. Paulhus, ("Defendant"), is the Defendant/Debtor.
2. Lara M. Zanzucchi, ("Plaintiff"), is the Plaintiff.
3. The Defendant filed for bankruptcy protection on 10/11/2024.
4. The Defendant was the Co-Founder and CEO for Anchored Tiny Homes, Inc. ("ATH").
5. ATH operated from 11/2029 to 7/31/2024.
6. ATH sold both contracts to build Accessory Dwelling Units ("ADU").
7. ATH completed the building of less units than contracted to sell, which lead to the bankruptcy of the business.
8. ATH attempted to sell "Franchises" in 2023.
9. The Creditor signed a contract with ATH to building a 290 sq. foot ADU, for $134,415.00 on 11/28/22.
10. The Creditor has paid a total of $39,913.26.
11. ATH breached the contract with the Creditor.
12. ATH failed to deliver materials, nor adhere to time-lines projected.
13. The Debtor attempted to market ATH thru the use of "pod-casts".
14. The Plaintiff did not have any attorney fees to support any award in this action.

15. The Plaintiff does not represent any "other aggrieved parties who accrued financial and emotional injury".
16. The Plaintiff's action against Defendant is based on "actions of the Debtor acting as CEO and Co-founder of Anchored Tiny Homes, Inc."
17. The Creditor did not pay the contract price of $134,415.00.
18. The Defendant responded to the Creditor's Request for Production of Documents.

**(3)** **Disputed Factual Issues**

1. The Defendant stopped selling ADU contracts and Franchises when they became insolvent.
2. The Defendant did not violate California Business and Professional Code 7159.5(a)(3).
3. The Defendant did not obtain any "money, property, or services" from this Plaintiff.
4. That ATH was not insolvent in calendar year 2024.
5. ATH disputes "having a pattern of collecting large amounts up-front and prior to any permitting or construction" until July of 2024, after insolvency arose.
6. The Defendant does not hold an independent fiduciary duty to the Plaintiff.
7. The Defendant opposes that the "Adversary" seeks to "group all creditors [...] into a single class for the sole purpose for joint relief" unless the Court allows the Debtor to set-aside the remaining adversary proceedings into one case.
8. The Defendant rejects the allegations that he "engaged" in

|   |     |                                                                 |
|---|-----|-----------------------------------------------------------------|
| 1 |     | "fraudulent conduct, misappropriated funds, and caused          |
| 2 |     | willful harm".                                                  |
| 3 | 9.  | The Defendant did not have knowledge that ATH was insolvent     |
| 4 |     | until November of 2022.                                         |
| 5 | 10. | The Defendant is not liable pursuant to 11 U.S.C. 523(a)(2).    |
| 6 | 11. | The Defendant is not liable pursuant to 11 U.S.C. 523(a)(4).    |
| 7 | 12. | The Defendant is not liable pursuant to 11 U.S.C. 523(a)(6).    |
| 8 | 13. | Whether Colton Paulhus is personally liable for this            |
| 9 |     | contract given that Scott Paulhus, was founder and CEO, that    |
|10 |     | Chris Pace, was the Chief Financial Officer, and Rachelle       |
|11 |     | Jackson, was the Accounts Receivable Manager.                   |

**(4) Disputed Evidentiary Issues**

1. None.

**(5) Relief Sought**

1. Denial of Discharge
2. Attorney Fees and Costs

**(6) Points of Law**

1. 11 U.S.C. § 523(a)(2)
2. 11 U.S.C. § 523(a)(4)
3. 11 U.S.C. § 727(a)(6)

**(7) Abandoned Issues**

None

**(8) Witnesses**

1. Defendant, Coton Paulhus
2. Plaintiff, Lara M. Zunzucchi

**(9) Exhibits - Schedules and Summaries**

1. Petition, Case Number 24-24383

**(10) Discovery Documents**

1. Defendant's Reply to Request for Production of Documents.

**(11) Further Discovery or Motions**

None.

**(12) Stipulations**

None.

**(13) Amendments - Dismissals**

None.

**(14) Agreed Statements**

None.

**(15) Attorney's Fees**

None.

**(16) Miscellaneous**

None.

**(17) Estimated Time for Trial**

Defendant's counsel estimates (1) one day for trial.

                                        Respectfully Submitted,

Date: October 6, 2025        /s/ Peter G. Macaluso
                                      Peter G. Macaluso
                                      Attorney for Plaintiffs