☒ Bankruptcy Case
☒ Adversary Proceeding

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:
COLTON PAULHUS

Debtor(s)

STEVE SONZA

vs.

COLTON PAULHUS

Bankruptcy Case No. 24-24588-B-7

Adversary Proceeding No. 25-02058

DCN

**SUBSTITUTION OF ATTORNEY FOR**
COLTON SCOTT PAULHUS

Debtor(s) herein, hereby substitute(s):
Sean P. Flynn, Gordon Rees Scully Mansukhani, LLP, 1 E. Liberty St., Suite 424, Reno, NV 89501

in place and stead of the present attorney:
Peter G. Macaluso, Law Offices of Peter G. Macaluso, 7230 S. Land Park Dr. #127, Sacramento, CA 95831

I consent to the above substitution.

Dated  November 14, 2025
Party
Colton Scott Paulhus

Dated  _____
Party

Dated  November 14, 2025
Present Attorney for Party
Peter G. Macaluso

I am duly admitted to practice in this district, and I accept the above substitution.

Dated  November 14, 2025
Proposed Attorney for Party
Sean P. Flynn

EDC3-506 Revised 9/25/14